COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Giovanny F. Laguan and Marina Del T. Martinez
                            v. Hilary J. Lloyd and Kimberly A. Lloyd

Appellate case number:      01-14-00693-CV

Trial court case number:    12-DCV-202692

Trial court:                240th District Court of Fort Bend County

On February 10, 2015, this Court ordered the appellants to provide written evidence from the court reporter, within 15 days, showing that appellants had requested and paid, or made arrangements to pay, for the reporter's record. *See* TEX. R. APP. P. 34.6(b)(1), (2), 35.3(b)(2), (3), (c), 37.3(c)(1), (2). The February 10th Order further stated that if appellants failed to timely provide such evidence, this Court would consider and decide only those issues or points that do not require a reporter's record for a decision. *See id.* at 37.3(c).

On February 11, 2015, the court reporter filed an information sheet stating that she had just received partial payment for the reporter's record on January 30, 2015, from appellant Laguan. However, since that date, there has been neither a further update from the court reporter regarding receipt of full payment for the reporter's record, which has not been filed, nor have the appellants filed an extension of time to pay for that record.

Accordingly, the Court will consider and decide only those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c). Appellants' brief is **ORDERED** to be filed **within 30 days** of the date of this Order. *See id.* at 2, 38.6(a). Appellees' brief, if any, is **ORDERED** to be filed **within 30 days** of the filing of appellants' brief. *See id.* at 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Laura Carter Higley
                   ☒ Acting individually    ☐ Acting for the Court
Date:  May 28, 2015